(July 10, 1989)

■ ALAN BARROWS, Appellant, v WESTCHESTER COUNTY MEDICAL CENTER et al., Respondents.—Appeal by the plaintiff from an order of the Supreme Court, Westchester County (Gurahian, J.), dated March 3, 1988.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Gurahian at the Supreme Court. Mollen, P. J., Thompson, Rubin and Spatt, JJ., concur.